■    In the Matter of the Claim of WALTER GREGORY, Respondent, v. WILLIAM KENNEDY CONSTRUCTION COMPANY et al., Respondents, and SPECIAL FUND FOR REOPENED CASES, Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.— Decision of the Workmen's Compensation Board charging Special Fund with responsibility for award affirmed on the authority of *Matter of Stimburis*

595

v. *Levitan Mfg. Co.* (5 N Y 2d 360), with costs to the Workmen's Compensation Board. No opinion. Bergan, P. J., Gibson, Herlihy and Taylor, JJ., concur; Reynolds, J., dissents, and votes to reverse.